| From: | Sherri Arrigo |
|---|---|
| Sent: | Monday, May 17, 2021 4:15 PM |
| To: | 'Jerry Vinkler' |
| Cc: | Tracey Allen; Kelsey Burge; Laurie Smith; Beryl Campillo |
| Subject: | RE: Complaint Biesterfeld |

Jerry,

I can accept service and will appear for Ariosa Diagnostics, Inc. The other two named defendants are not actual entities.

Regards.
Sherri

**Sherri Arrigo**
*Partner*
arrigo@dbmslaw.com
Direct: 312.422.9930

140 South Dearborn Street - Suite 800 - Chicago, IL 60603
T 312.422.0900 - F 312.422.0909 - dbmslaw.com

From: Jerry Vinkler <JAV@vinklerlaw.com>
Sent: Tuesday, May 11, 2021 5:22 PM
To: Sherri Arrigo <arrigo@DBMSLAW.COM>
Cc: Tracey Allen <tla@vinklerlaw.com>; Kelsey Burge <kjb@vinklerlaw.com>; Laurie Smith <LAS@vinklerlaw.com>; Beryl Campillo <campillo@dbmslaw.com>
Subject: Complaint Biesterfeld

Sherri

Enclosed is the filed complaint. Let me know if your client will allow you to appear voluntarily. Thanks, Jerry

Jerry Vinkler



Trial Lawyers
Chicago / Burr Ridge
630/655-9545
www.vinklerlaw.com

**EXHIBIT "B"**