# VINKLER LAW OFFICES, LTD.

Jerome A. Vinkler, J.D., C.P.C.U.  jav@vinklerlaw.com

February 20, 2020

*VIA EMAIL*
arrigo@dbmslaw.com

Sherri Arrigo
DONAHUE, BROWN & MATHEWSON
140 S. Dearborn St., #800
Chicago, IL 60603

Re: *Kathleen Biesterfeld, Individually as Mother & Next Best Friend of Nicholas Biesterfeld v. Ariosa Diagnostics, Inc.; Ariosa Diagnostics Clinical Laboratory, and Harmony Prenatal Testing*
*Nicholas Biesterfeld - Date of Birth 2/6/18*

Ms. Arrigo:

As you requested enclosed is a screenshot of what Katie Biesterfeld took when the Harmony prenatal test was proposed by her doctor in July 2017. The false advertising includes that *"the Harmony test is more accurate than traditional first trimester screening tests as demonstrated by a landmark head-to-head comparison study in over 15,000 pregnancies."*

In addition in the correspondence of March 4, 2019 a copy of the Harmony prenatal test including the test description is attached at Pg. 61 of my letter of March 4, 2019. The test description is false indicating that the probability of Trysomy 21 is of a low probability.

Also enclosed is an updated copy of the Life Care Plan Report. Costs to age 21 are $2,869,178.73. These do not include the $60,000 annual salary lost by Mrs. Biesterfeld, which extends to 19 years of $1,140,000. In addition each parent has a claim for the emotional distress of the situation.

I look forward to hearing from you regarding the above.

Very truly yours,

VINKLER LAW OFFICES, LTD.

Jerome A. Vinkler

JAV/las
Enc. Harmony Test Screenshot
     Updated Life Care Plan Report

---

EXHIBIT "C"