IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| KATHLEEN BIESTERFELD, Individually as Mother & Next Best Friend of NICHOLAS BIESTERFELD and RONALD BIESTERFELD,<br><br>Plaintiffs,<br>v.<br><br>ARIOSA DIAGNOSTICS, INC., ARIOSA DIAGNOSTICS CLINICAL LABORATORY, and HARMONY PRENATAL TESTING,<br><br>Defendants. | No. 2021 L 004834<br>Judge Christopher E. Lawler |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   See attached service list

PLEASE TAKE NOTICE that on June 8, 2021, pursuant to 28 U.S.C. § 1446(d), the defendant, ARIOSA DIAGNOSTICS, INC, by and through its attorneys, Sherri M. Arrigo, Timothy L. Hogan and DONOHUE BROWN MATHEWSON & SMYTH LLC, submitted its notice of removal to the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto.

Respectfully submitted,

DONOHUE BROWN MATHEWSON & SMYTH LLC

By: _____
Sherri M. Arrigo, One of the Attorneys for The Defendant,
ARIOSA DIAGNOSTICS, INC.

Firm I.D. 32878
Sherri M. Arrigo
Timothy L. Hogan
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL 60603
(312) 422-0900
service@dbmslaw.com
arrigo@dbmslaw.com
hogan@dbmslaw.com

**EXHIBIT "E"**