

False-positive rates for most conventional screening tests are generally around 5%.[2]



Harmony had a 100% trisomy 21 detection rate compared to 79% with traditional screening.

Ex. A